UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,  )
    Plaintiff,  )
  )
vs.  )  CIVIL ACTION
  )  NO#
MARYANNE PERCUOCO, et al.,  )
    Defendant's.  )

## PLAINTIFF'S MOTION TO WAIVE FILING FEES AND TO BE ALLOWED TO PROCEED IN FORMA PAUPERIS

    Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, respectfully requests that this Court waive the filing fees in this action and allow the plaintiff to proceed in forma pauperis. As grounds therefore, plaintiff states the following;

    1) That plaintiff has been in the custody of the Mass. Department of Correction("DOC") since December of 1982 thru date. Whereas, she has been unable to engage in any gainful employment.

    2) That on 5/29/01, plaintiff was discharged from her previous sentences of incarceration, though remains in the custody of the DOC, as she is currently "civilly" committed under G.L. Ch.123A, §14(d), as amended. See Commonwealth vs. Sandy J. Battista, WORCV01-1108-C.

    3) That the fee paying requirement under the PLRA pertains only to "prisoners," not persons like the plaintiff who have been/are "civilly" committed under Ch.123A. See Perkins vs. Hedricks, 340 F.3d 582, 583 (8th Cir. 2003); Troville vs. Venz,

303 F.3d 1255, 1559-60 (11th Cir. 2002); <u>Yoder vs. Patla</u>, 234 F.3d 1275 (7th Cir. 2000); <u>Page vs. Torrey</u>, 201 F.3d 1136, 1139-40 (9th Cir. 2000); see also <u>King vs. Greenblatt</u>, 53 F.Supp.2d 117, 137-38 (D.Mass. 1999).

4) Having been in the custody of the DOC, both "criminally," as well as currently "civilly" for the last 20+ years, plaintiff has no real estate, stocks, bonds, notes, automobiles, etc., except for a small inheritance from her fathers recent passing.

5) Plaintiff is currently employed at the Treatment Center, at the rate of $1.00 a day, seven days per week, each week.

6) Plaintiff receives no other income or gifts of monies from either family or friends, nor does she expect to in the near future.

7) Plaintiff further states that the United States Supreme Court in <u>Adkin vs. Dupont</u>, 335 U.S. 331, 339 (1948), has recognized that "litigants need not give up their last dollar... and thus make themselves and their dependents wholly destitute, to be granted in forma pauperis status." See also <u>Souder vs. McGuire</u>, 516 F.2d 820, 824 (3rd Cir. 1975); <u>In re Smith</u>, 600 F.2d 714 (8th Cir. 1979).

8) As of date, this Court, along with the First Circuit Court of Appeals has previously determined this plaintiff to be indigent entitled to informa pauperis status. See attached.

9) Plaintiff's financial status has not changed as of date since this Court and the Appeals Court has previously determined her to be indigent.

10) Plaintiff is unable to financially afford the cost of

-3-

the filing fees in this matter without depriving herself of weekly personal/legal necessities. See attached <u>Affidavit of the Plaintiff, Sandy J. Battista, #M-15930</u>.

11) Plaintiff further attaches her <u>Application to Proceed Without Prepayment of Fees and Affidavit</u> in support.

WHEREFORE, it is respectfully prayed that this Court ALLOWS this motion and it's order issue therefrom.

Dated: 4/27/04.

Respectfully submitted,

*/s/ Sandy J. Battista*
Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

# United States Court of Appeals
## For the First Circuit

---

No. 03-2220

SANDY J. BATTISTA, F/K/A DAVID MEGARRY,

Plaintiff, Appellant,

v.

JOHN J. CONTE, ET AL.,

Defendants, Appellees.

---

ORDER OF COURT

Entered: December 19, 2003

Since appellant, as a civilly committed patient at the Massachusetts Treatment Center, is not a prisoner under the terms of the Prison Reform Litigation Act, see Perkins v. Hedricks, 340 F.3d 582, 583 (8th Cir. 2003); Troville v. Venz, 303 F.3d 1256, 1559-60 (11th Cir. 2002); Yoder v. Patla, 234 F.3d 1275 (7th Cir. 2000); Page v. Torrey, 201 F.3d 1136, 1139-40 (9th Cir. 2000), the order of this court, dated September 22, 2003, denying appellant's request to be afforded in forma pauperis status is vacated.

Appellant's motion to be allowed to file his appeal in forma pauperis is denied, without prejudice to his seeking such status in the district court. See Fed. R. App. P. 24(a)(1).

By the Court:

Richard Cushing Donovan, Clerk.

cc:   Sandy J. Battista
      Annette C. Benedetto, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
            Plaintiff,

            Civil Action

v.

            No. 03-11161-NG

FORENSIC HEALTH SERVICES INC.,
            Defendant.

## ORDER ON MOTION TO WAIVE FILING FEES AND COSTS

Having considered the plaintiff's Motion to Waive Filing Fees and Costs under 28 U.S.C. § 1915;

☒     In accordance with Fed. R. Civ. P. 5(e), the clerk assigned this action Civil Action No.03-11161-NG.

It is ORDERED that:

☒     The motion to waive filing fees and costs is GRANTED.

☒     It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

☐     It is FURTHER ORDERED that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e) without further notice after thirty-five (35) days from the date of this Order, unless before that time plaintiff shows good cause, in writing, why this case should not be dismissed for the reasons stated in the accompanying memorandum.

☐     It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.

| 12/23/03 | /s Nancy Gertner |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

(ifpnonpr.ord - 9/20/96)                                                     {oifp.}

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Castles, Martin entered on 1/14/2004 at 4:30 PM EST and filed on 1/14/2004
Case Name: Battista v. Conte, et al
Case Number: 4:02-cv-40181
Filer:
WARNING: CASE CLOSED on 07/24/2003
Document Number:

Docket Text:
Judge Nathaniel M. Gorton : Electronic ORDER entered granting [20] Motion for Leave to Appeal in forma pauperis. (cc/cl) (Castles, Martin)

The following document(s) are associated with this transaction:


4:02-cv-40181 Notice will be electronically mailed to:

4:02-cv-40181 Notice will not be electronically mailed to:

Sandy J. Battista
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324-3230

Annette C. Benedetto
Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208