UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,                    )
    Plaintiff,                        )
                                      )
vs.                                   )    CIVIL ACTION
                                      )    NO#
MARYANNE PERCUOCO, et al.,            )
    Defendant's.                      )

### AFFIDAVIT OF THE PLAINTIFF, SANDY J. BATTISTA, #M-15930

I, Sandy J. Battista, on oath deposes and states as follows:

1) That I am the plaintiff in the above-entitled action, having personal knowledge of all facts and circumstances in this matter makes this affidavit in support of my Motion to Waive Filing Fees and to be Allowed to proceed in Forma Pauperis.

2) That being civilly committed, in the care and custody of the Department of Correction, I am required to follow all rules, regulations, policies, and procedures promulgated by the DOC.

3) That the DOC has a system-wide policy defining "indigency," administratively, as, if upon a request for a waiver of fees or costs, the inmate/resident does not have more than $10.00 in his account for the past sixty days. (103 CMR 481.06[a][b]).

4) As I have more than $10.00 in my account for the past sixty days, I am deemed not indigent under DOC policy, and must provide for any and all weekly/monthly personal/legal necessities. For example, any and all weekly personal hygiene supply's: soap, toothpaste, toothbrush, shampoo, creme rinse, hair gel, body lotion, body powder, razors, shaving cream, after shave lotion, combs/brush, dental floss, deoderant; any and all weekly personal

-2-

supply's: paper, pens/pencils, envelopes, stamps, manilla envelopes, typewriter paper, typewriter ribbons/corrective ribbons, laundry detergent, medical co-payments($3.00 each consultation per policy), hair cuts($1.50 each hair cut per policy); and any and all necessary clothing: jeans, pants, dress shirts, t-shirts, underwear, socks, shoes, sneakers, shower shoes, slippers, bathrobe, shorts, sweat pants/shirts, pajama's, belt, sweaters, winter/summer coats, etc..

5) That from the above listed weekly/monthly necessities, my weekly expenses are approximately: $10.00 to $15.00 in personal hygiene supply's; $5.00 to $10.00 in personal necessities; and $25.00 to $50.00 every 90 days in clothing purchases.

6) That I am also currently involved in approximately six non-related on-going civil matters in court against the DOC, which all require on occasion an assortment of postage and costs in mailing fees.

7) That I am unable finacially afford the costs of the filing fees in this matter without depriving myself of the above listed weekly/monthly necessities, and additionally, without interferring with on-going civil matters.

8) That without this court's waiver of fees, I will be left with the choice of paying filing fees or depriving myself of weekly hygiene supply's.

Signed under the pains and penalties of perjury this _27th_ day of _April_____, 2004.

_____
Sandy J. Battista, #M-15930
Plaintiff/Pro-se