UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>SANDY J. BATTISTA,</u>
                Plaintiff,

          v.                    Civil Action No.  04-10890-MEL

<u>MARYANNE PERCUOCO, et al.,</u>
                Defendants.

<u>ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**    GRANTED.

☒    DENIED for the following reason(s):

    Plaintiff has sufficient funds to pay the filing fee.

☒    Plaintiff shall pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice.

**G**    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 5/24/04                                                               s/ Morris E. Lasker
DATE                                                           UNITED STATES DISTRICT JUDGE