UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA, )
    Plaintiff, )
)
vs. ) CIVIL ACTION
) NO. 04-10890-MEL.
MARYANNE PERCUOCO, et al., )
    Defendant's. )

FILED IN CLERKS OFFICE
2004 JUN -1 P 3: 51
U.S. DISTRICT COURT
DISTRICT OF MASS

## PLAINTIFF'S NOTICE OF APPEAL FROM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, hereby gives notice of her intent to file an [interlocutory appeal] to the First Circuit Court of Appeal's, from this Court's (Lasker, J.) ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES, dated May, 24, 2004.

Dated: 5/28/04.    Respectfully submitted,

                              Sandy J. Battista, #M-15930
                              Plaintiff/Pro-se
                              Mass. Treatment Center
                              30 Administration Rd.
                              Bridgewater, Mass. 02324