# United States Court of Appeals
## For the First Circuit

CERTIFIED COPY

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
Date: OCT 13 2004

No. 04-1676
    04-1708
    D.C. #04-10779
    J. Woodlock

SANDY J. BATTISTA,

Plaintiff, Appellant,

v.

DUANE MACEACHERN, ET AL.,

Defendants, Appellees.

No. 04-1740
    D.C. #04-10890
    J. Lasker

SANDY J. BATTISTA,

Plaintiff, Appellant,

v.

MARYANNE PERCUOCO, ET AL.,

Defendants, Appellants.

No. 04-1782
    04-1978
    D.C. #03-12643
    04-1783
    04-1979
    D.C. #04-10226
    J. Lasker

SANDY J. BATTISTA,

Plaintiff, Appellant,

v.

ROBERT MURPHY, ET AL.,

Defendants, Appellees.

---

Before

Campbell, <u>Senior Circuit Judge</u>,
Torruella and Selya, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: October 13, 2004

The record indicates that appellant possesses sufficient funds to pay the fees in any one of the instant cases he so chooses. In such circumstances, no court erred in denying appellant's request for <u>in forma pauperis</u> status.

<u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: **MARGARET CARTER**
Chief Deputy Clerk.

Certified Copies to: Hon. Douglas P. Woodlock
Hon. Morris E. Lasker
Mr. Anastas, Clerk USDC

cc: Messrs. McFarland, Reilly & Ms. Battista