UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: SANDY J. BATTISTA, Plaintiff

C.A.NO.04-10890-MEL.

## AFFIDAVIT OF THE PLAINTIFF, SANDY J. BATTISTA, #M-15930

I, Sandy J. Battista, on oath deposes and states under the pains and penalties of perjury the following:

1) That I am the plaintiff in the above-entitled matter, having personal knowledge of all facts and circumstances in this action makes this affidavit in support of my motion for leave to reevaluate my financial status.

2) That despite being provided housing, food, and medical expenses, contrary to what is commonly assumed, the Department of Correction does not provide for all residents basic necessities.

3) Aside from housing, food, and medical expenses, if declared indigent internally, the Department of Correction only provides residents with: one roll of toilet paper each week; one small kit every two weeks containing 1-disposable razor, 1-comb, 1-(1oz.) bottle of shampoo, 1-toothbrush, 1-(1.5 oz.) tube of toothpaste, and 1-(½oz.) bar of soap; and once every four months with 2-prs. of state issued prisoner scrubs(pants/-top), 2-socks, 2-t-shirts, 2-prs. boxer shorts, and 1-pr. of slip-on canvas shoes.

4) Residents like the plaintiff, whether declared indigent or not, must provide for all other basic necessities, at their own expense, such as: any additional necessary weekly soap,

toothpaste, razors, shaving creme, after shave lotion, hair conditioner, shampoo, lotion, body powder, deodorant, dental floss, toilet paper, paper, pens/pencils, envelopes, stamps, jeans, underwear, socks, t-shirts, sweatpants/shirts, shorts, dress pants/shirts/shoes, sneakers, boots, sweaters, thermol underwear(bottom/top), winter coats, pajama's, shower shoes, bathrobe, etc..

5) The above listed items are not "luxuries," but are "basic necessities" that are <u>not</u> provided to residents by the Department of Correction. These items must be purchased by the resident, at their own expense, and are charged "full" street prices, despite being paid $1.00 a day by the Department of Correction for institutional work.

6) Aside from the above listed basic necessities, residents like the plaintiff, whether they are declared internally as indigent or not, must also provide for their own T.V.'s, Radios, Headphones, Combination Locks, Fans, Hot POts, external antenna's & cables, extension cords, etc.. Without such, residents like the plaintiff will be denied the opportunity to engage in recreation to pass idle time.

7) Plaintiff is currently employed institutionally at the pay rate of $1.00 a day seven days each week, and receives no other source of income from either family or friends.

8) As reflected by the attached six month computer print out of my account, my financial status is currently $153.99 as of October 19, 2004.

9) On 10/21/04 I was charged $29.10 for necessary weekly

personal hygiene and legal necessities, bringing my current financial status to $124.89.

10) The depletion of personal funds over the past six months since the filing of my original Complaint was necessary in order to provide for myself both weekly personal hygiene supply's and legal supply's, as well as necessary clothing and footwear purchases.

11) At present, I do not have adequate funds to pay filing fees in this action, and without this court's waiver will be forced to abandon the claims at hand.

Signed under the pains and penalties of perjury this 22nd day of October, 2004.

Sandy J. Battista, #M-15930
Plaintiff/Pro-se