AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

SANDY J. BATTISTA,

      Plaintiff

V.

MARYANNE PERCUOCO, et al.,

      Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-10890-MEL

I, __Sandy J. Battista__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $7.00 each week ($1.00 a day x 7)
   Mass. Treatment Center
   30 Administration Rd.
   Bridgewater, Mass. 02324

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041020 09:48

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Commit# : | M15930 | | | | MASS. TREATMENT CENTER | | Page : 1 |
| Name : | BATTISTA, SANDY, J, | | | Statement From | 20040401 | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20041020 | | |
| Block : | B1 | | | | | | |
| Cell/Bed : | 013 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $8,824.94 | $7,685.90 | $550.81 | $550.81 |
| 20040401 22:30 | CN - Canteen | 2608009 | | MTC | ~Canteen Date : 20040401 | $0.00 | $15.14 | $0.00 | $0.00 |
| 20040405 10:23 | IC - Transfer from Inmate to Club A/c | 2614775 | | MTC | ~K. DENNEHY, COMM OF CORR COMM OFFICE/ D.O.C. 50 MAPLE ST MILFORD, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040407 13:04 | EX - External Disbursement | 2624984 | 90582 | MTC | ~F H S | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2631024 | | MTC | ~20040321 To 20040327 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040408 22:30 | CN - Canteen | 2638358 | | MTC | ~Canteen Date : 20040408 | $0.00 | $22.92 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2657089 | | MTC | | $1.67 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2675810 | | MTC | ~20040328 To 20040403 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040415 22:30 | CN - Canteen | 2682649 | | MTC | ~Canteen Date : 20040415 | $0.00 | $17.94 | $0.00 | $0.00 |
| 20040420 14:55 | EX - External Disbursement | 2693404 | 90884 | MTC | ~F H S | $0.00 | $6.75 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2703654 | | MTC | ~20040404 To 20040410 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040422 22:30 | CN - Canteen | 2710494 | | MTC | ~Canteen Date : 20040422 | $0.00 | $37.74 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2731886 | | MTC | ~20040411 To 20040417 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040429 22:30 | CN - Canteen | 2738117 | | MTC | ~Canteen Date : 20040429 | $0.00 | $44.13 | $0.00 | $0.00 |
| 20040430 10:12 | IC - Transfer from Inmate to Club A/c | 2742038 | | MTC | ~POSTAGE TO CLERK OF COURTS/US DISTRICT COURT 1 COURTHOUSE WAY, STE 2300/BOSTON MA 02210~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2760814 | | MTC | ~20040418 To 20040424 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040506 22:30 | CN - Canteen | 2768146 | | MTC | ~Canteen Date : 20040506 | $0.00 | $28.67 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2789422 | | MTC | ~20040425 To 20040501 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2801342 | | MTC | | $1.42 | $0.00 | $0.00 | $0.00 |
| 20040513 22:30 | CN - Canteen | 2811589 | | MTC | ~Canteen Date : 20040513 | $0.00 | $22.55 | $0.00 | $0.00 |
| 20040517 14:28 | EX - External Disbursement | 2819476 | 91529 | MTC | ~F H S | $0.00 | $2.50 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2833315 | | MTC | ~20040502 To 20040508 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2840302 | | MTC | ~Canteen Date : 20040520 | $0.00 | $32.87 | $0.00 | $0.00 |
| 20040526 09:42 | CI - Transfer from Club to Inmate A/c | 2856655 | | MTC | ~CANTEEN REFUND~M15930 BATTISTA,SANDY J PERSONAL~KCN WASH ACCOUNT - Z5 | $0.58 | $0.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2862786 | | MTC | ~20040509 To 20040515 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040527 22:30 | CN - Canteen | 2871479 | | MTC | ~Canteen Date : 20040527 | $0.00 | $11.17 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886036 | | MTC | ~20040516 To 20040522 | $7.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041020 09:48

| | | | | | | Page: 2 |
|---|---|---|---|---|---|---|
| Commit# : | M15930 | | | MASS. TREATMENT CENTER | | |
| Name : | BATTISTA, SANDY, J, | | | Statement From | 20040401 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20041020 | |
| Block : | B1 | | | | | |
| Cell/Bed : | 013 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040604 22:30 | CN - Canteen | 2900199 | | MTC | ~Canteen Date : 20040604 | $0.00 | $33.50 | $0.00 | $0.00 |
| 20040607 10:25 | IC - Transfer from Inmate to Club A/c | 2905972 | | MTC | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $56.45 | $0.00 | $0.00 |
| 20040607 10:59 | IC - Transfer from Inmate to Club A/c | 2906166 | | MTC | ~APPLIANCE ORDER~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $27.77 | $0.00 | $0.00 |
| 20040607 13:40 | IC - Transfer from Inmate to Club A/c | 2906726 | | MTC | ~POSTAGE TO CLERK OF COURTS APPEALS COURT 3 CENTER PLAZA, 7TH FL OSTON MA 02108~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040607 13:41 | IC - Transfer from Inmate to Club A/c | 2906729 | | MTC | ~POSTAGE TO SANDRA L HAUTANES, A D A DISTRICT ATTORNEYS OFFICE COUNTY OF WORCESTER 2 MAIN ST RM 220 WORCESTER MA 01608~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040607 13:46 | IC - Transfer from Inmate to Club A/c | 2906749 | | MTC | ~PRIORITY MAIL TO CLERK OF COURT'S SUPREME JUDICIAL COURT ONE BEACON ST 3RD FLOOR BOSTON MA 02108-3106~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2918742 | | MTC | ~20040523 To 20040529 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2931008 | | MTC | | $1.34 | $0.00 | $0.00 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2944099 | | MTC | ~Canteen Date : 20040610 | $0.00 | $36.28 | $0.00 | $0.00 |
| 20040615 14:43 | EX - External Disbursement | 2955700 | 92188 | MTC | ~F H S | $0.00 | $9.50 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2965373 | | MTC | ~20040530 To 20040605 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040617 22:30 | CN - Canteen | 2973681 | | MTC | ~Canteen Date : 20040617 | $0.00 | $45.06 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994031 | | MTC | ~20040606 To 20040612 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040624 22:30 | CN - Canteen | 3003704 | | MTC | ~Canteen Date : 20040624 | $0.00 | $23.09 | $0.00 | $0.00 |
| 20040630 23:01 | PY - Payroll | 3022767 | | MTC | ~20040613 To 20040619 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040701 22:30 | CN - Canteen | 3029482 | | MTC | ~Canteen Date : 20040701 | $0.00 | $16.39 | $0.00 | $0.00 |
| 20040707 23:01 | PY - Payroll | 3052214 | | MTC | ~20040620 To 20040626 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3060151 | | MTC | ~Canteen Date : 20040708 | $0.00 | $27.07 | $0.00 | $0.00 |
| 20040713 14:38 | EX - External Disbursement | 3071541 | 92790 | MTC | ~FHS | $0.00 | $6.75 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3078895 | | MTC | | $1.09 | $0.00 | $0.00 | $0.00 |
| 20040714 23:01 | PY - Payroll | 3097039 | | MTC | ~20040627 To 20040703 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040716 11:24 | IC - Transfer from Inmate to Club A/c | 3107970 | | MTC | ~US COURT OF APPEALS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20040716 11:25 | IC - Transfer from Inmate to Club A/c | 3107971 | | MTC | ~CLERK OF COURTS US COURT OF | $0.00 | $2.21 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20041020 09:48

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | M15930 | | **MASS. TREATMENT CENTER** | | Page : 3 |
| Name : | BATTISTA, SANDY, J, | | Statement From | 20040401 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20041020 | |
| Block : | B1 | | | | |
| Cell/Bed : | 013 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040716 11:26 | IC - Transfer from Inmate to Club A/c | 3107972 | | MTC | ~APPEALS~POSTAGE - Z11~POSTAGE - Z11 ~US COURT OF APPEALS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20040716 11:26 | IC - Transfer from Inmate to Club A/c | 3107973 | | MTC | ~US COURT OF APPEALS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20040721 15:26 | EX - External Disbursement | 3120577 | 92996 | MTC | ~BRISTOL LAW LIBRARY FOUNDATION | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040721 23:01 | PY - Payroll | 3125630 | | MTC | ~20040704 To 20040710 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040722 22:30 | CN - Canteen | 3133544 | | MTC | ~Canteen Date : 20040722 | $0.00 | $35.72 | $0.00 | $0.00 |
| 20040727 11:10 | EX - External Disbursement | 3143877 | 93150 | MTC | ~FHS | $0.00 | $8.50 | $0.00 | $0.00 |
| 20040728 23:01 | PY - Payroll | 3153848 | | MTC | ~20040711 To 20040717 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040804 23:01 | PY - Payroll | 3181871 | | MTC | ~20040718 To 20040724 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040805 22:30 | CN - Canteen | 3191476 | | MTC | ~Canteen Date : 20040805 | $0.00 | $31.61 | $0.00 | $0.00 |
| 20040810 12:40 | EX - External Disbursement | 3201152 | 93499 | MTC | ~SMITH OFFICE EQUIPMENT CO., INC. | $0.00 | $57.26 | $0.00 | $0.00 |
| 20040810 15:16 | CI - Transfer from Club to Inmate A/c | 3201533 | | MTC | ~CANTEEN REFUND 8/5~M15930 BATTISTA,SANDY J PERSONAL~KCN WASH ACCOUNT - Z5 | $1.16 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3212879 | | MTC | | $1.11 | $0.00 | $0.00 | $0.00 |
| 20040811 23:01 | PY - Payroll | 3226257 | | MTC | ~20040725 To 20040731 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040812 22:30 | CN - Canteen | 3233467 | | MTC | ~Canteen Date : 20040812 | $0.00 | $7.31 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254372 | | MTC | ~20040801 To 20040807 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040819 22:30 | CN - Canteen | 3261863 | | MTC | ~Canteen Date : 20040819 | $0.00 | $54.37 | $0.00 | $0.00 |
| 20040823 11:20 | IC - Transfer from Inmate to Club A/c | 3269153 | | MTC | ~CLERK OF COURTS U. S. COURT OF APPEALS 1 COURTHOUSE WAY SUITE 2500 BOSTON, MA 02210~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3283073 | | MTC | ~20040808 To 20040814 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040826 10:21 | EX - External Disbursement | 3288644 | 93869 | MTC | ~EDWARD HAMILTON BOOKSELLER | $0.00 | $32.40 | $0.00 | $0.00 |
| 20040826 22:30 | CN - Canteen | 3289708 | | MTC | ~Canteen Date : 20040826 | $0.00 | $20.16 | $0.00 | $0.00 |
| 20040831 13:17 | IC - Transfer from Inmate to Club A/c | 3301452 | | MTC | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $192.98 | $0.00 | $0.00 |
| 20040901 23:01 | PY - Payroll | 3311271 | | MTC | ~20040815 To 20040821 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040902 22:30 | CN - Canteen | 3318038 | | MTC | ~Canteen Date : 20040902 | $0.00 | $7.59 | $0.00 | $0.00 |
| 20040907 13:19 | IC - Transfer from Inmate to Club A/c | 3326284 | | MTC | ~FEDERAL EXPRESS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3339006 | | MTC | | $1.03 | $0.00 | $0.00 | $0.00 |
| 20040908 23:02 | PY - Payroll | 3352400 | | MTC | ~20040822 To 20040828 | $7.00 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date : 20041020 09:48

| | | | | | | Page : | 4 |

| Commit# : | M15930 | | MASS. TREATMENT CENTER | |
|---|---|---|---|---|
| Name : | BATTISTA, SANDY, J, | | Statement From | 20040401 |
| Inst : | MASS. TREATMENT CENTER | | To | 20041020 |
| Block : | B1 | | | |
| Cell/Bed : | 013 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040909 22:30 | CN - Canteen | 3359613 | | MTC | ~Canteen Date : 20040909 | $0.00 | $10.31 | $0.00 | $0.00 |
| 20040913 09:53 | EX - External Disbursement | 3366825 | 94264 | MTC | ~FHS | $0.00 | $6.75 | $0.00 | $0.00 |
| 20040915 23:01 | PY - Payroll | 3382281 | | MTC | ~20040829 To 20040904 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040916 22:30 | CN - Canteen | 3389727 | | MTC | ~Canteen Date : 20040916 | $0.00 | $17.90 | $0.00 | $0.00 |
| 20040920 13:25 | EX - External Disbursement | 3397002 | 94425 | MTC | ~NATIONAL CRIMINAL JUSTICE | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040922 23:02 | PY - Payroll | 3410778 | | MTC | ~20040905 To 20040911 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040923 09:23 | EX - External Disbursement | 3416246 | 94521 | MTC | ~FHS | $0.00 | $9.00 | $0.00 | $0.00 |
| 20040923 22:30 | CN - Canteen | 3418584 | | MTC | ~Canteen Date : 20040923 | $0.00 | $16.51 | $0.00 | $0.00 |
| 20040929 23:02 | PY - Payroll | 3438142 | | MTC | ~20040912 To 20040918 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3444034 | | MTC | ~Canteen Date : 20040930 | $0.00 | $13.78 | $0.00 | $0.00 |
| 20041001 09:48 | EX - External Disbursement | 3447525 | 94685 | MTC | ~FHS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041004 14:04 | EX - External Disbursement | 3452395 | 94692 | MTC | ~EDWARD HAMILTON | $0.00 | $29.40 | $0.00 | $0.00 |
| 20041004 14:04 | MA - Maintenance and Administration | 3452396 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041006 23:02 | PY - Payroll | 3469068 | | MTC | ~20040919 To 20040925 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3478081 | | MTC | ~Canteen Date : 20041007 | $0.00 | $31.25 | $0.00 | $0.00 |
| 20041012 11:08 | IC - Transfer from Inmate to Club A/c | 3488744 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.13 | $0.00 | $0.00 |
| 20041012 11:08 | IC - Transfer from Inmate to Club A/c | 3488751 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3504192 | | MTC | | $0.52 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516277 | | MTC | ~20040926 To 20041002 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041014 22:30 | CN - Canteen | 3524675 | | MTC | ~Canteen Date : 20041014 | $0.00 | $16.91 | $0.00 | $0.00 |
| 20041019 14:32 | EX - External Disbursement | 3537931 | 95027 | MTC | ~FHS | $0.00 | $9.75 | $0.00 | $0.00 |
| | | | | | | $205.92 | $1,190.97 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $153.99 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $153.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |